ACCEPTED
04-15-00350-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/6/2015 3:06:34 PM
KEITH HOTTLE
CLERK

No. 04-15-00350-CV

IN THE COURT OF APPEALS FOR THE
FOURTH JUDICIAL DISTRICT OF TEXAS
SAN ANTONIO

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
8/6/2015 3:06:34 PM
KEITH E. HOTTLE
Clerk

**Jack Rettig,**

**Appellant**

**v.**

**Ronald Bruno, et al,**

**Appellees**

Appeal from the 111ᵗʰ District Court of Webb County, Texas

**APPELLANT JACK RETTIG'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

LAW OFFICE OF
AUDREY MULLERT VICKNAIR

Audrey Mullert Vicknair
State Bar No. 14650500
802 N. Carancahua Ste. 1350
Corpus Christi, Texas 78401-0022
(361) 888-8413; (361) 887-6207 fax
avicknair@vicknairlaw.com

Fritz Byrne Head & Fitzpatrick
PLLC

C. M. Henkel III
State Bar No. 09463000
500 North Shoreline, Ste. 901
Corpus Christi, Texas 78401
(361) 883-1500; (361) 888-9149 fax
skip@cmenkel.com

*Attorneys for Appellant Jack Rettig*

1

TO THE HONORABLE FOURTH COURT OF APPEALS:

COMES NOW Appellant Jack Rettig and files this Unopposed Motion for Extension of Time to File his Brief, and for cause would show:

The record in this cause was filed on July 13, 2015. A motion to abate was pending at that time but was denied on July 22, 2015. Appellant's Brief is due August 12, 2015.

Appellant prays for a 33-day extension of time to Monday September 14, 2015 for the following reasons:

The undersigned is lead counsel for Appellant in this appeal. She was out of the country from July 18 to August 1. The undersigned has a dispositive motions hearing on August 7, 2015 in *IMMO Peterson*, Cause No. 09-02502-00-0-H in the 347th District Court of Nueces County; a Petitioner's Brief on the Merits due in the Texas Supreme Court on August 12, 2015 (on an extension) in Cause No. 15-0046, *Hoskins v. Hoskins*; and she is aiding with the Appellee's Brief in Cause No. 13-15-00126-CV, *Copper-Saratoga v. Lewandos*, which is due on August 21, 2015. Counsel also has an Appellant's Brief due in *Miramar Petroleum v. Cimarron Engineering*, Cause No. 13-15-00251-CV on August 28, 2015 and an Appellant's Brief due in *NTRP v. United Resources*, Cause No. 13-15-00151-CV due on September 8, 2015. The State Bar Advanced Appellate Seminar is September 10 and 11, 2015 and the undersigned will attend.

2

This is Appellant's first request for an extension of time. The undersigned has attempted to confer with counsel for all Appellees. Counsel for Lopez deferred to counsel for Mendoza and Garcia, both of whom state they do not oppose. Bruno and Williams are not expected to oppose.

## PRAYER

WHEREFORE, Appellant Jack Rettig prays the Court to grant his motion and extend the time to file his opening brief to September 14, 2015. Rettig prays for all other relief to which he is entitled.

Respectfully submitted,

*/s/ Audrey Mullert Vicknair*
Audrey Mullert Vicknair
State Bar No. 14650500
**LAW OFFICE OF AUDREY MULLERT VICKNAIR**
802 N. Carancahua Ste. 1350
Corpus Christi, TX 78401-0022
(361) 888-8413; (361) 887-6207 fax
avicknair@vicknairlaw.com

C. M. HENKEL III
State Bar No. 09463000
FRITZ, BYRNE, HEAD & FITZPATRICK, PLLC
500 North Shoreline, Ste. 901
Corpus Christi, Texas 78401
(361) 883-1500; (361) 888-9149 fax
skip@cmhenkel.com

*Attorneys for Jack Rettig*

3

## CERTIFICATE OF CONFERENCE

The undersigned avers that she attempted to contact all opposing counsel. Counsel for Lopez stated he would defer to counsel for Mendoza and Garcia. Counsel for those parties state they do not oppose this motion. Mr. Bruno is pro se and has yet to take any action in this appeal. He is not expected to oppose this motion.

*/s/ Audrey Mullert Vicknair*
Audrey Mullert Vicknair

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served in accordance with the Texas Rules of Appellate and Civil Procedure, on counsel named below, on this the __6th__ day of <u>August, 2015</u>.

Lance H. Beshara – *counsel for Appellee Mendoza*
PULMAN CAPPUCCIO
PULLEN BENSON & JONES, LLP
2161 N.W. Military Hwy., Suite 400
San Antonio, Texas 78213

Jana K. Terry – *counsel for Appellee Garcia*
BECKSTEAD TERRY P.L.L.C.
9442 N. Capital of Texas Hwy.
Arboretum Plaza One, Suite 500
Austin, Texas 78759

Carlos Evaristo Flores – *counsel for Lopez, foreign judgment defendant*
PERSON, WHITWORTH, BORCHERS & MORALES, LLP
602 E. Calton Road, 2nd Floor
P.O. Drawer 6668
Laredo, Texas 78042-6668

Darrell W. Cook – *counsel for Williams, foreign judgment defendant*
Darrell W. Cook & Associates, P.C.
One Meadows Building
5005 Greenville Ave., Ste. 200
Dallas, Texas 75206
*Above by tex.gov electronic filing system*

4

Ronald E. Bruno – *foreign judgment defendant*
2838 Woodside Street
Dallas, Texas 75204
And/or
2304 Matador Circle
Austin Texas 78746

By US Mail

*/s/ Audrey Mullert Vicknair*
Audrey Mullert Vicknair